IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 12-cv-00458-CMA-MJW

P4P HOLDINGS, LLC,

    Plaintiff,

v.

DAVID OWEN TRYBA ARCHITECTS, P.C.,
d/b/a DAVID OWEN TRYBA ARCHITECTS
and G. E. JOHNSON CONSTRUCTION
COMPANY, INC., d/b/a GE JOHNSON
CONSTRUCTION COMPANY, INC.

    Defendants.

---

## ORDER ( Docket No 23 )

---

THIS MATTER, coming before the Court upon the parties Joint Motion to Vacate and Reset Scheduling Conference [Doc. No. 10] and Fourth Joint Motion for Extension of Time to Respond to Complaint (the "Joint Motion"), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED. The Scheduling Order [Doc. No. 10] is amended as follows:

    A.    The Scheduling Conference set for May 9, 2012 at 9 a.m. is vacated and is reset to June 11, 2012 at 1:30 p.m.

    B.    Defendants shall have to and including May 17, 2012, by which to respond to Plaintiff's Complaint.

DONE AND SIGNED THIS 3rd DAY OF MAY, 2012.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO