**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00458-CMA-MJW

P4P HOLDINGS, LLC, a Delaware limited liability company,

　　Plaintiff,

v.

DAVID OWEN TRYBA ARCHITECTS, P.C., a Colorado professional corporation,
　　d/b/a DAVID OWEN TRYBA ARCHITECTS, and
G. E. JOHNSON CONSTRUCTION COMPANY, INC., a Colorado corporation,
　　d/b/a GE JOHNSON CONSTRUCTION COMPANY, INC.,

　　Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 26) is GRANTED.  Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(i)(A)(ii) and the Stipulated Motion, it is hereby

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay its own costs, including attorneys' fees.

　　DATED:  May __21__, 2012

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHRISTINE M. ARGUELLO
　　　　　　　　　　　　　　　　　　United States District Court Judge